# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
Western Division

**FILED**
DEC 22 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Bethany A. Theede

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Schneider Electric

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:25-CV-00826-D
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bethany A. Theede |
| Street Address | 2055 Travern Dr. |
| City and County | Raleigh, Wake County |
| State and Zip Code | North Carolina 27603 |
| Telephone Number | 919-624-9962 |
| E-mail Address | btheede@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Schneider Electric |
| Job or Title (if known) | Corporation |
| Street Address | 1035 Ormsby Park Place, Suite 400 |
| City and County | Louisville, Jefferson County |
| State and Zip Code | Kentucky 40203 |
| Telephone Number | 502-429-3800 |
| E-mail Address (if known) | |

Defendant No. 2

- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

Defendant No. 3

- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

Defendant No. 4

- Name
- Job or Title (if known)
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Bethany Theede |
| Street Address | 2055 Travern Dr |
| City and County | Raleigh, Wake County |
| State and Zip Code | North Carolina 27603 |
| Telephone Number | 919-624-9962 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) May 28th, 2024 & June 6th, 2024 & June 20th, 2024

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* Attention Deficit Hyperacticty Disorder and Social Phobia Disorder

E. The facts of my case are as follows. Attach additional pages if needed.

(1) I was employed by Schneider Electric as a Renewable Energy & Carbon Advisory Consultant specializing in North American Distributed Energy Resources in a remote position, reporting to my Manager, Fatima Sanchez, in Spain. Throughout my employment, Schneider Electric represented itself as my employer and controlled my job duties, supervision, performance expectations, and termination, and was the entity with whom I communicated regarding my role, performance, and employment status

(2) In May 2024, I was experiencing worsening medical symptoms, including panic atacks and migraines, that affected my ability to function and perform my job duties.

(3) On May 28, 2024, I emailed my manager requesting a meeting to discuss my job expectations and potential work adjustments due to my medical symptoms.

(4) My May 28, 2024 email was not answered, and no meeting was scheduled to discuss my request or any accommodation-related issues.

(5) On June 6, 2024, I was scheduled for a meeting with Human Resources [Tess Nelson] and my manager. This meeting was the first communication I received after sending my May 28 email and did not address my request to discuss work adjustments.

(6) During the June 6, 2024 meeting, Human Resources did not engage in a discussion regarding accommodations or adjustments to my job duties in response to my medical symptoms.

(7) During the June 6, 2024 meeting, I was presented with two options only: resign or proceed under a Performance Improvement Plan (PIP).

(8) Human Resources stated that I would have three days to decide between resignation and proceeding under a PIP.

(9) During the decision period, my access to company systems was restricted.

(10) During the decision period, I asked why my May 28, 2024 request to discuss medical-related work adjustments had not been addressed. No explanation was provided.

(11) During this period, I explained that I needed clearer job structure, expectations, and guidance in order to perform my role effectively given my medical symptoms. Human Resources stated that these concerns would be addressed through a Performance Improvement Plan.

(12) No alternatives to resignation or a PIP were offered, and no job modifications, adjustments, or accommodation options were proposed other than proceeding under a Performance Improvement Plan.

(13) After the decision period, I agreed to proceed with a PIP because resignation would have resulted in the immediate loss of my income.

(14) The PIP document was not provided on June 6, 2024. The written PIP was delivered on June 18, 2024.

(15) The introductory language of the PIP states that my performance had not improved since being notified on June 6, even though no written PIP existed and no performance improvement period had begun prior to June 18, 2024.

(16) After receiving the PIP on June 18, 2024, I emailed leadership written clarification questions regarding the PIP expectations and criteria. I did not refuse the PIP or decline to participate.

(17) On June 18, 2024, I filed an EthicsPoint report raising concerns regarding the handling of my accommodation request, the PIP process, and related issues.

(18) On June 20, 2024, two days after receiving the written PIP and after submitting the EthicsPoint report, my employment was terminated.

(19) At the time of termination, I had not been provided an opportunity to discuss accommodations or alternative work adjustments..

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11/12/2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   9/23/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

a. Compensatory damages in the amount of $300,000 for emotional distress, mental anguish, pain and suffering, and the exacerbation of my medical conditions, directly and proximately caused by Defendant's discriminatory and retaliatory conduct.
b. Back pay and lost employment benefits in the amount of $18,858, representing lost wages and lost employer retirement contributions from June 21, 2024 through December 22, 2024, resulting from Defendant's unlawful termination of my employment on June 20, 2024.
c. Front pay in the amount of $5,146, representing lost future earnings and lost employer retirement contributions from December 23, 2024 through March 31, 2025, the period required for me to mitigate damages and obtain comparable employment following Defendant's unlawful conduct.
d. Punitive damages in the amount of $300,000, or the maximum amount permitted by law, based on Defendant's willful, malicious, and reckless disregard of my federally protected rights under the Americans with Disabilities Act, including Defendant's documented evidence spoilation attempts.
e. Pre-judgment and post-judgment interest on all monetary awards as allowed by law.
f. Costs of this action, including filing fees and other litigation expenses, pursuant to applicable statutes.
g. Such other and further relief as the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/22/2025

Signature of Plaintiff    *Bethany A Theede* (signature)
Printed Name of Plaintiff    Bethany A Theede

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____